UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGE REILLY and VITO GIACHETTI,
as Co-Chairmen of the Board of Trustees of the
PLUMBERS LOCAL UNION No.1 401(K)
SAVINGS PLAN, WELFARE FUND,
ADDITIONAL SECURITY BENEFIT FUND,
VACATION AND HOLIDAY FUND, TRADE
EDUCATION FUND AND PLUMBING
INDUSTRY PROMOTION FUND and GEORGE
REILLY , as Business Manager of LOCAL UNION
NO. 1 OF THE UNITED ASSOCIATION OF
JOURNEYMEN ANDAPPRENTICES OF THE
PLUMBING AND PIPEFITTINGINDUSTRY
OF THE UNITED STATES AND CANADA,

**STIPULATION**

Docket No. 02 Civ. 4472 (CPS)

        Plaintiff,

-against-

SMART PLUMBING & HEATING CORP.,

        Defendant.
------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice to all parties.

Dated: August 31, 2005

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
  Charles R. Virginia (CV 8214)
  Dennis M. Cariello (DMC 3797)
*Attorneys for Plaintiffs*
111 Broadway - Suite 1403
New York, New York 10006
(212) 943-9080

_____
LAWRENCE M. MONAT (LM-0490)
*Attorney for Defendant*
300 Motor Parkway-Suite 200
Hauppauge, New York 11788
(631) 234-4411

SO ORDERED:

_____
9-16-05